**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_          **Investigating Agency** _FBI_

**City** <u>Boston</u>                    **Related Case Information:**

**County** <u>Suffolk</u>

Superseding Ind./ Inf. _____X_____ Case No. _22-10279-AK_
Same Defendant _____ New Defendant _X_
Magistrate Judge Case Number _23-MJ-4299-DHH_
Search Warrant Case Number _22-6061-6062-MPK_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Qing Hua Sun                    Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address     (City & State)  Brooklyn, NY

Birth date (Yr only): _1975_ SSN (last4#): _5801_ Sex _M_   Race: _A_   Nationality: _____

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Christopher Pohl, Brian Fogerty, Meghan Cleary   Bar Number if applicable _____

**Interpreter:**   ☑ Yes  ☐ No   List language and/or dialect:   Mandarin

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _04/25/2023_

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   EDNY MJ Peggy Kuo   on   04/25/2023

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/25/2023          Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Qing Hua SUN _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** <u>II</u>          **Investigating Agency** <u>FBI</u>

**City**   <u>**Boston**</u>                    **Related Case Information:**

**County**   <u>**Suffolk**</u>                  Superseding Ind./ Inf.   <u>X</u>          Case No.   <u>22-10279-AK</u>
                                               Same Defendant   <u>X</u>          New Defendant _____
                                               Magistrate Judge Case Number   <u>22-6322-MPK</u>
                                               Search Warrant Case Number   <u>22-6061-6062-MPK</u>
                                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   <u>Xiong LIN</u>                    Juvenile:        ☐ Yes   ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address        <u>(City & State)</u>  Brooklyn, NY

Birth date (Yr only): <u>1989</u>  SSN (last4#): <u>7683</u>   Sex <u>M</u>      Race: <u>A</u>      Nationality: _____

**Defense Counsel if known:**        George Gormley          Address  160 Old Derby St, Suite 456

**Bar Number** _____                    Hingham, MA 02043

**U.S. Attorney Information:**

**AUSA**   <u>Christopher Pohl, Brian Fogarty, Meghan Cleary</u>      Bar Number if applicable _____

**Interpreter:**      ☑ Yes   ☐ No          List language and/or dialect:        Mandarin

**Victims:**        ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**        ☐ Yes   ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**        <u>05/11/2023</u>

☐ Already in Federal Custody as of _____  in  _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   MJ Newbern (MDTN)   on   05/16/2023

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/25/2023        Signature of AUSA:  /s/ Christopher Pohl

**District Court Case Number**   (To be filled in by deputy clerk):     22-10279-AK

**Name of Defendant**     Xiong LIN

## U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute 500 grams or more of cocaine and MDMA | 1 |
| Set 2  21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**    Boston                    **Related Case Information:**

**County**    Suffolk               Superseding Ind./ Inf.    X                    Case No.    22-10279-AK
                                     Same Defendant    X                 New Defendant
                                     Magistrate Judge Case Number    22-6322-MPK
                                     Search Warrant Case Number    22-6061-6062-MPK
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Yanbing CHEN                    Juvenile:    ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address            (City & State)  Staten Island, NY

Birth date (Yr only): 1994   SSN (last4#):_____   Sex M    Race: A         Nationality: _____

**Defense Counsel if known:**    Lance Lazzaro            Address  360 Court Street, Suite 3

**Bar Number**    _____            Brooklyn, NY 11231

**U.S. Attorney Information:**

**AUSA**    Christopher Pohl, Brian Fogarty, Meghan Cleary      Bar Number if applicable  _____

**Interpreter:**    ☑ Yes  ☐ No        List language and/or dialect:    Mandarin

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**    10/13/2022

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:    Ordered by:    MJ Kelley    on    03/02/2023

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/25/2023        Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number**   (To be filled in by deputy clerk):     22-10279-AK

**Name of Defendant**     Yanbing CHEN

## U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2   21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute five kilograms or more of cocaine and MDMA | 2 |
| Set 3   18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 4   21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**    II          **Investigating Agency**    FBI

**City**    Boston                    **Related Case Information:**

**County**    Suffolk                    Superseding Ind./ Inf.    X          Case No.    22-10279-AK
                                        Same Defendant    X          New Defendant
                                        Magistrate Judge Case Number    22-6322-MPK
                                        Search Warrant Case Number    22-6061-6062-MPK
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Qinliang CHEN                    Juvenile:          ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name

Address          (City & State)  Rosemead, CA

Birth date (Yr only): 1990   SSN (last4#): 3916   Sex M          Race: A          Nationality:

**Defense Counsel if known:**    Victor Sherman          Address  11400 W. Olympic Blvd, Suite 1500

**Bar Number**                              Los Angeles, CA 90064

**U.S. Attorney Information:**

**AUSA**    Christopher Pohl, Brian Fogarty, Meghan Cleary          Bar Number if applicable

**Interpreter:**    ☑ Yes   ☐ No          List language and/or dialect:          Mandarin

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)          ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:  MJ Kelley          on   12/07/2022

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/25/2023          Signature of AUSA:  /s/ Christopher Pohl

**District Court Case Number**   (To be filled in by deputy clerk): ___22-10279-AK___

**Name of Defendant**   ___Qinliang CHEN___

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2   18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**   Boston                  **Related Case Information:**

**County**   Suffolk                Superseding Ind./ Inf.  X          Case No.  22-10279-AK
                                    Same Defendant  X          New Defendant
                                    Magistrate Judge Case Number   22-6322-MPK
                                    Search Warrant Case Number   22-6061-6062-MPK
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Rongjian LI                    Juvenile:   ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address        (City & State)  Staten Island, NY

Birth date (Yr only):  1987   SSN (last4#):  8763   Sex  M   Race:  A   Nationality:

**Defense Counsel if known:**   Vikas Dhar          Address  529 Main Street, Suite P200

**Bar Number**                          Charlestown, MA 02129

**U.S. Attorney Information:**

**AUSA**   Christopher Pohl, Brian Fogarty, Meghan Cleary          Bar Number if applicable

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**        10/13/2022

☐ Already in Federal Custody as of                    in                    .
☐ Already in State Custody at ———          ☐ Serving Sentence          ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   MJ Kelley          on   1/20/2023

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/25/2023          Signature of AUSA:  /s/ Christopher Pohl

**District Court Case Number**   (To be filled in by deputy clerk):   22-10279-AK

**Name of Defendant**      Rongjian LI

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2   18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**    Boston                    **Related Case Information:**

**County**   Suffolk          Superseding Ind./ Inf.   X          Case No.   22-10279-AK
                             Same Defendant   X          New Defendant
                             Magistrate Judge Case Number   22-6321-MPK
                             Search Warrant Case Number   22-6061-6062-MPK
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Mariano SANTANA                    Juvenile:   ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address      (City & State)  Hyde Park, MA

Birth date (Yr only): 1967   SSN (last4#): 2612   Sex M   Race: H   Nationality:

**Defense Counsel if known:**      David Grimaldi          Address  929 Massachusetts Avenue

**Bar Number**                              Suite 200, Cambridge MA 02139

**U.S. Attorney Information:**

**AUSA**   Christopher Pohl, Brian Fogarty, Meghan Cleary      Bar Number if applicable

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**      10/19/2022

☑ Already in Federal Custody as of      10/29/2022      in                              .
☐ Already in State Custody at                    ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/25/2023          Signature of AUSA:   /s/ Christopher Pohl

**District Court Case Number**  (To be filled in by deputy clerk): _____22-10279-AK_____

**Name of Defendant**  _____Mariano SANTANA_____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2  18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

≈JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   II          **Investigating Agency**   FBI

**City**    Boston                      **Related Case Information:**

**County**    Suffolk                   Superseding Ind./ Inf.   X          Case No.   22-10279-AK
                                        Same Defendant   X          New Defendant
                                        Magistrate Judge Case Number   22-6321-MPK
                                        Search Warrant Case Number   22-6061-6062-MPK
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Augustin VILLA                     Juvenile:          ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name

Address          (City & State)   Cranston, RI

Birth date (Yr only): 1963   SSN (last4#): 4417   Sex M          Race: H          Nationality:

**Defense Counsel if known:**   Jason Benzaken          Address  1342 Belmont St, Suite 102

**Bar Number**                                           Brockton, MA 02301

**U.S. Attorney Information:**

**AUSA**   Christopher Pohl, Brian Fogarty, Meghan Cleary     Bar Number if applicable

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**          10/13/2022

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   MJ Kelley          on   10/13/2022

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   05/25/2023          Signature of AUSA:  /s/ Christopher Pohl

**District Court Case Number** (To be filled in by deputy clerk): ___22-10279-AK___

**Name of Defendant** ___Augustin Villa___

## U.S.C. Citations

| <u>**Index Key/Code**</u> | <u>**Description of Offense Charged**</u> | <u>**Count Numbers**</u> |
|---|---|---|
| Set 1 ___18 U.S.C. § 1956(h)___ | Conspiracy to commit money laundering | 1 |
| Set 2 ___18 U.S.C. § 982(a)(1)___ | Money laundering forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

✎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**   II          **Investigating Agency**   FBI

**City**   Boston                    **Related Case Information:**

**County**   Suffolk          Superseding Ind./ Inf.   X          Case No.   22-10279-AK
                              Same Defendant   X          New Defendant
                              Magistrate Judge Case Number   22-6321-MPK
                              Search Warrant Case Number   22-6061-6062-MPK
                              R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Thong NGUYEN                    Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address          (City & State)  Saugus, MA

Birth date (Yr only): 1994   SSN (last4#): 5364   Sex M   Race: A   Nationality:

**Defense Counsel if known:**   Robert Sheketoff          Address   One McKinley Square

**Bar Number**                              Boston, MA 02109

**U.S. Attorney Information:**

**AUSA**   Christopher Pohl, Brian Fogarty, Meghan Cleary          Bar Number if applicable

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**          10/13/2022

☐ Already in Federal Custody as of                    in                    .
☐ Already in State Custody at                    ☐ Serving Sentence          ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   MJ Kelley          on   10/13/2022

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/25/2023          Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number**  (To be filled in by deputy clerk): ___22-10279-AK_____

**Name of Defendant**   ___Thong Nguyen_____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.**   II      **Investigating Agency**   FBI

**City**    Boston

**County**    Suffolk

**Related Case Information:**

Superseding Ind./ Inf.   X        Case No.   22-10279-AK
Same Defendant   X       New Defendant
Magistrate Judge Case Number   22-6321-MPK
Search Warrant Case Number   22-6061-6062-MPK
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Roger LUO       Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name

Address    (City & State)   Winthrop, MA

Birth date (Yr only): 1987   SSN (last4#): 8920   Sex M    Race: A    Nationality:

**Defense Counsel if known:**    Peter Horstmann     Address 450 Lexington St, Suite 101

**Bar Number**                  Newton, MA 02466

**U.S. Attorney Information:**

**AUSA**   Christopher Pohl, Brian Fogarty, Meghan Cleary    Bar Number if applicable

**Interpreter:**    ☐ Yes   ☑ No     List language and/or dialect:

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes   ☑ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

     ☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date**    10/13/2022

☐ Already in Federal Custody as of        in        .
☐ Already in State Custody at      ☐ Serving Sentence     ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   MJ Kelley    on   10/13/2022

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/25/2023      Signature of AUSA:   /s/ Christopher Pohl

**District Court Case Number**   (To be filled in by deputy clerk): _____ 22-10279-AK _____

**Name of Defendant** _____ Roger Luo _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**   Boston          **Related Case Information:**

**County**   Suffolk          Superseding Ind./ Inf.  X          Case No.  22-10279-AK
                            Same Defendant  X          New Defendant
                            Magistrate Judge Case Number   22-6321-MPK
                            Search Warrant Case Number   22-6061-6062-MPK
                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Feng CHEN          Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name

Address   (City & State)  Canton, MA

Birth date (Yr only): 1984  SSN (last4#): 9643  Sex M          Race: A          Nationality:

**Defense Counsel if known:**   Gordon Spencer          Address  945 Concord Street

**Bar Number**                    Framingham, MA 01701

**U.S. Attorney Information:**

**AUSA**  Christopher Pohl, Brian Fogarty, Meghan Cleary          Bar Number if applicable

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   10/13/2022

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   MJ Kelley          on   10/13/2022

**Charging Document:**   ☐ Complaint   ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   05/25/2023          Signature of AUSA:  /s/ Christopher Pohl

**District Court Case Number**   (To be filled in by deputy clerk): _____ 22-10279-AK _____

**Name of Defendant** _____ Feng Chen _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**    Boston                    **Related Case Information:**

**County**    Suffolk              Superseding Ind./ Inf.    X              Case No.    22-10279-AK
                                    Same Defendant    X              New Defendant
                                    Magistrate Judge Case Number    22-6321-MPK
                                    Search Warrant Case Number    22-6061-6062-MPK
                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Licheng HUANG                    Juvenile:        ☐ Yes  ☑ No

        Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes  ☑ No

Alias Name

Address        (City & State)  Kingston, MA

Birth date (Yr only): 1983  SSN (last4#): 5908    Sex M      Race: A        Nationality:

**Defense Counsel if known:**        Charles Fasoldt          Address  185 Devonshire St, Suite 302

**Bar Number**                                Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**    Christopher Pohl, Brian Fogarty, Meghan Cleary        Bar Number if applicable

**Interpreter:**        ☑ Yes    ☐ No          List language and/or dialect:        Mandarin

**Victims:**        ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)        ☐ Yes  ☑ No

**Matter to be SEALED:**        ☐ Yes    ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**        10/13/2022

☐ Already in Federal Custody as of                    in                    .
☐ Already in State Custody at ———————  ☐ Serving Sentence        ☐ Awaiting Trial
☑ On Pretrial Release:    Ordered by:    MJ Kelley          on    10/13/2022

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/25/2023        Signature of AUSA:  /s/ Christopher Pohl

**District Court Case Number**   (To be filled in by deputy clerk):     22-10279-AK

**Name of Defendant**     Licheng Huang

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**  FBI _____

**City**      Boston _____          **Related Case Information:**

**County**    Suffolk _____          Superseding Ind./ Inf. ___X___      Case No. ___22-10279-AK___
                                      Same Defendant ___X___      New Defendant _____
                                      Magistrate Judge Case Number  22-6321-MPK
                                      Search Warrant Case Number  22-6061-6062-MPK
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jin Hua ZHANG _____          Juvenile:      ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:      ☐ Yes  ☑ No

Alias Name _____

Address      (City & State)  Staten Island, NY _____

Birth date (Yr only): 1987  SSN (last4#): 8052  Sex M _____  Race: A _____  Nationality: _____

**Defense Counsel if known:**     Douglas Brooks _____      Address  260 Franklin St, Suite 1920

**Bar Number** _____          Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**  Christopher Pohl, Brian Fogarty, Meghan Cleary _____      Bar Number if applicable _____

**Interpreter:**      ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**      ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)      ☐ Yes  ☑ No

**Matter to be SEALED:**      ☐ Yes  ☑ No

        ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** ____10/13/2022____

☑ Already in Federal Custody as of      ___10/13/2022___  in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____  on _____

**Charging Document:**      ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**      ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    05/25/2023          Signature of AUSA:  /s/ Christopher Pohl

**District Court Case Number**  (To be filled in by deputy clerk): _____ 22-10279-AK _____

**Name of Defendant**    Jin Hua Zhang _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2  21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute five kilograms or more of cocaine and MDMA | 2 |
| Set 3  18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 4  21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____