UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

Docket No. 22-cr-10279-AK-2

LICHENG HUANG
    Defendant.

## DEFENDANT LICHENG HUANG'S
## WAIVER OF APPEARANCE FOR ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Licheng Huang hereby waives his right to appear in court for arraignment on the Indictment in the above-captioned matter. Defendant and his counsel affirm that Licheng Huang has received a copy of the Indictment and that Licheng Huang pleads NOT GUILTY.

Therefore, Licheng Huang respectfully asks the Court to accept this waiver and enter a plea of NOT GUILTY in his absence.

Dated: May 30, 2023

_05/30/2023_
Licheng Huang, Defendant

_Henry Fasoldt_
Henry Fasoldt, Attorney

Signature: _huang li cheng_
huang li cheng (May 30, 2023 12:00 EDT)
Email: huanglicheng0923@gmail.com