UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 22-10279-AK

UNITED STATES OF AMERICA

v.

**LICHENG HUANG, RONGJIAN LI, and FENG CHEN**

**FINAL STATUS REPORT
AND ORDER OF EXCLUDABLE DELAY**

September 25, 2023

KELLEY, U.S.M.J.

Defendants had a final status conference today, September 25, 2023. While some defendants in this case requested a further final status conference, which was set for November 16, 2023, these three defendants reported that they are ready to go to the District Court for a pretrial conference. This court makes the following findings.

Discovery is complete.

Defendants do not intend to raise a defense of public authority, alibi, or insanity.

Defendants do not intend to file any dispositive motions.

If a trial is held it will take approximately two weeks.

Defendants requests expert discovery and expert disclosures will be made by the government 28 days before trial and by defendant, 14 days before trial.

This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) and Section 5(b)(7)(b) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the interests of justice, i.e., allowing the parties time prior to their

appearance before the District Court to prepare the case, outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that, the Clerk of this Court enter excludable time for the period of September 25, 2023, to the date of the parties' appearance before the District Court.[1]

                 / s / M. Page Kelley
                 M. PAGE KELLEY
                 UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir. March 31, 1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir. 1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); Thomas v. Arn, 474 U.S. 140, 106 S. Ct. 466 (1985).