UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 22-10279-AK |
| | ) |
| 2.   LICHENG HUANG, | ) |
| Defendant | ) |

### ASSENTED-TO MOTION FOR RULE 11 HEARING

Now comes the United States, through counsel, and respectfully requests that this Court schedule this matter for a Rule 11 hearing at a date and time convenient to the Court and counsel. The defendant, through counsel, assents to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  /s/ Christopher Pohl
Christopher Pohl
Brian A. Fogerty
Meghan C. Cleary
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 31, 2024.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney