UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) DOCKET NO. 22-CR-10279-AK-2 |
| | ) |
| LICHENG HUANG, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

Now comes Licheng Huang, and hereby moves that this Honorable Court continue the sentencing hearing for a date 30 to 45 days in the future.

The reason for the request is that defense counsel will likely be unavailable to attend the currently schedule sentencing hearing on October 31, 2024.

In addition, counsel requests more time to draft the sentencing memo. This Court ordered that the sentencing memo in this case be filed by October 24, 2024 (Doc. No. 270). Counsel will not be able to finish the sentencing memo by that date.

Defense counsel is currently held on a homicide trial in Essex County Superior Court (Commonwealth v. McClendon, 2277CR00230). The trial will likely extend until the end of next week – October 31, 2024 (Thursday), or November 1, 2024 (Friday) – possibly even into the following week – thus conflicting with the current sentencing date.

The Government does not object.

Licheng Huang,
By his attorney,

Date: October 21, 2024

*/s/Henry Fasoldt*
C. Henry Fasoldt (BBO# 667422)
185 Devonshire Street, Suite 302
Boston, MA 02110
henry@bostondefenselaw.com
(617) 338-0009

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 10, 2024.

                                                        /s/ *Henry Fasoldt*
                                                        Henry Fasoldt