# United States Court of Appeals
## For the First Circuit

_____

No. 25-1204

UNITED STATES,

Appellee,

v.

LICHENG HUANG,

Defendant - Appellant.
_____

Before

Gelpí, Kayatta and Montecalvo,
<u>Circuit Judges</u>.
_____

**JUDGMENT**

Entered: March 27, 2025

     Defendant was convicted of a money-laundering conspiracy and sentenced to 12 months and 1 day of imprisonment. Judgment entered on December 23, 2024.

     On February 17, 2025, giving defendant the benefit of the prison-mailbox rule, defendant filed a notice of appeal in which he says that he instructed his counsel to file a notice of appeal, but that the attorney failed to do so. He states that he became aware of the alleged failure after arriving at his place of imprisonment and asking his friend to check PACER at which time he became aware that the NOA had not been filed.

     The court issued an order to show cause whether the appeal should be dismissed as untimely, and defendant and the government responded. In its response, the government asserts that the appeal is untimely and should be dismissed. Under these circumstances, where the notice of appeal was filed 56 days after judgment, the appeal is dismissed. Defendant may seek remedies, if any, under 28 U.S.C. § 2255(f).

                                          By the Court:

                                          Anastasia Dubrovsky, Clerk

cc:
Charles Henry Fasoldt
Licheng Huang
Christopher John Pohl
Donald Campbell Lockhart
Alexia R. De Vincentis
Meghan Chambers Cleary
Brian Alexander Fogerty